**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                              Civil Action No. 2:13-cv-02867-TJS

JOHN DOE, subscriber assigned IP address 68.81.90.51,

      Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 68.81.90.51. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July ____, 2013

                                                                Respectfully submitted,

                                                                By:    /s/ *Christopher P. Fiore*
                                                                Christopher P. Fiore
                                                                cfiore@fiorebarber.com
                                                                Attorneys At Law
                                                                425 Main Street, Suite 200
                                                                Harleysville, PA 19438
                                                                Phone:  215-256-0205
                                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                 By: /s/ *Christopher P. Fiore*_____
                                                                 Christopher P. Fiore